## LAUREL COUNTY v. ORMSBY'S EXECUTRIX ET AL.

Court of Appeals of Kentucky.

(March 6, 1936.)

C. R. LUKER and G. S. CRAWFORD for appellant.

H. C. CLAY for appellees.

PER CURIAM.

Appeal denied.  Judgment affirmed.

## HURST, Movant, v. ATHEY, Opposed.

Court of Appeals of Kentucky.

(Decided March 24, 1936.)

GRANNIS BACH and SOUTH STRONG for movant.

E. C. HYDEN opposed.

PER CURIAM.

Appeal denied.  Judgment affirmed.

## BAKER, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.

Court of Appeals of Kentucky.

(Decided March 20, 1936.)

J. L. VALLANDINGHAM for movant.

B. M. VINCENT, Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied.  Judgment affirmed.